|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Edward Hung, SBN 221232<br>**WONG & ASSOCIATES** | **FILED** |
| 3 | 413 Third Street<br>Oakland, CA 94607 | DEC 1 9 2011 |
| 4 | Telephone:   510-451-2124 | RICHARD W. WIEKING |
|   | Facsimile:   510-451-2448 | CLERK, U.S. DISTRICT COURT |
| 5 | | NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| 6 | Attorneys for Defendant<br>Tawei Ho | |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

          Plaintiff,

v.

Tawei Ho

          Defendant.

Case No.: CR 11-00562-DLJ

**STIPULATION RE AUTHORIZATION FOR INTERNATIONAL TRAVEL AND [PROPOSED] ORDER**

    The United States of America and Tawei Ho hereby stipulate and agree to the entry of an order authorizing Mr. Ho to travel to Carlsbad, San Diego, and Anaheim California from December 20, 2011 to December 27, 2011, for a family vacation. United States Pretrial Officer Gelereh Farahmand has been consulted as to the proposed travel and has no opposition.

IT IS SO STIPULATED.

Dated: December 12, 2011

                                              WONG & ASSOCIATES

                                              EH /s/

                                              _____

                                              EDWARD HUNG<br>                                              Attorney for Defendant<br>                                              TAWEI HO

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

Dated: December 16, 2011

HC /s/
_____
HANLEY CHEW
Assistant United States Attorney

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant TAWEI HO shall be permitted to travel to Carlsbad, San Diego, and Anaheim, California from December 20, 2011 to December 27, 2011.

**IT IS SO ORDERED**

Dated: 12/16/11

_____
~~D. LOWELL JENSEN~~
United States ~~District~~ Magistrate Judge
Howard R. Lloyd