Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:    510-451-2124
Facsimile:    510-451-2448

Attorneys for Defendant
Tawei Ho

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Tawei Ho<br><br>    Defendant. | **Case No.: CR 11-00562 DLJ**<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE DEFENDANT'S**<br>**SENTENCING** |

The parties, including the defendant stipulate as follows:

The parties agree that defendant requires additional time to adequately prepare for sentencing.  Counsel for Defendant has a trial which conflicts with the current sentencing date of June 21, 2012.  The United States, through undersigned counsel, is unavailable between August 7, 2012 to August 21, 2012.  Defendant also has pre-existing family obligations in September with family visiting from overseas.  The parties respectfully request that the Court continue defendant's sentencing from June 21, 2012 to November 8, 2012, at 10:00AM.

IT IS SO STIPULATED.

//

//

//

**WONG & ASSOCIATES**
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

//

Dated: June 13, 2012

WONG & ASSOCIATES

EH /s/
_____
EDWARD HUNG
Attorney for Defendant
TAWEI HO

MELINDA HAAG
United States Attorney

HC /s/
Dated: June 13, 2012                    _____
HANLEY CHEW
Assistant United States Attorney

## ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Tawei Ho's sentencing in the above-captioned case is continued from June 21, 2012 to November 8, 2012 at 10:00AM.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

**WONG & ASSOCIATES**
ATTORNEYS AT LAW
415 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

2