MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

HANLEY CHEW  (189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax:  (408) 535-5066
E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00562 DLJ |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND** |
| | ) | **[PROPOSED] ORDER CONCERNING** |
| v. | ) | **RESTITUTION** |
| | ) | |
| TAIWEI HO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, including the defendant, stipulate as follows:

1.      On September 13, 2011, defendant Taiwei Ho ("defendant") pled guilty to two counts of criminal copyright infringement,  in violation of 17 U.S.C. § 506(a)(1),  18 U.S.C. § 2319(b)(1). On November 8, 2012, the Court sentenced defendant to 3 years of probation with a condition of 6 months of community confinement, a $10,000 fine and a $200 mandatory special assessment. The Court also ordered the government to contact the Entertainment Software Alliance (ESA) to determine what ESA would do if the Court awarded it restitution.

 2.      On November 12, 2012, the government contacted a representative of ESA who stated that ESA represented the interests of its members and any restitution should be paid directly to

the victim corporations, Sony Computer Entertainment America and Nintendo of America, Inc..

Therefore, the parties respectfully request that the Court order defendant to pay restitution to the following parties in the following amounts:

| Restitution Recipient | Amount |
|---|---|
| Sony Computer Entertainment America<br>c/o Michael B Smith, Senior Corporate Counsel<br>919 East Hillsdale Boulevard<br>Foster City, California 94404 | $ 5,776.37 |
| Nintendo of America, Inc.<br>c/o Lynn Knudson, Senior Paralegal<br>Legal Department<br>4600 150th Avenue NE<br>Redmond, Washington 98052 | $35,483.43 |

The parties also respectfully request that restitution be paid at a rate not less than $300 per month.

IT IS SO STIPULATED.

                                        MELINDA HAAG
                                        United States Attorney

Dated: 12/12/12                         _____/s/_____
                                        HANLEY CHEW
                                        Assistant United States Attorney

Dated:12/12/12                          _____/s/_____
                                        EDWARD HUNG
                                        Attorney for defendant

### [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Taiwei Ho be ordered to pay restitution in the following parties in the following amounts:

AMENDED STIPULATION AND [PROPOSED] ORDER
U.S. v. HO, No. CR 11-00562 DLJ

| Restitution Recipient | Amount |
|---|---|

Sony Computer Entertainment America          $ 5,776.37
c/o Michael B Smith, Senior Corporate Counsel
919 East Hillsdale Boulevard
Foster City, California 94404


Nintendo of America, Inc.                     $35,483.43
c/o Lynn Knudson, Senior Paralegal
Legal Department
4600 150th Avenue NE
Redmond, Washington 98052

Defendant shall make restitution payments in an amount not less than $300 per month.

IT IS SO ORDERED.

DATED:_____              _____
                                   THE HONORABLE D. LOWELL JENSEN
                                   United States District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER
U.S. v. HO, No. CR 11-00562 DLJ

3